UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM J. MCCORKLE,

    Petitioner,

v.                                                 CASE NO. 6:06-cv-950-Orl-19UAM
                                                      (6:98-cr-052-Orl-19UAM)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This case is before the Court on the following motions:

1.    **MOTION**:   Petitioner's Renewed Motion for an Evidentiary Hearing, Production of Certain Documents, and Request to Expand the Record for Purposes of His Section 2255 Motion to Vacate (Doc. No. 32, filed September 18, 2007).

Thereon it is **ORDERED** that the motion is **DENIED** for the reasons stated in the January 19, 2007, Order (Doc. No. 24).

2.    **MOTION**:   Petitioner's Renewed Motion for Appointment of Counsel for Purposes of His Section 2255 Motion to Vacate (Doc. No. 31, filed September 18, 2007).

Thereon it is **ORDERED** that the motion is **DENIED**. The interests of justice do not warrant appointment of counsel in this case at this time. In the event that the Court determines that an evidentiary hearing is necessary, the motion will be reconsidered at that time.

**DONE AND ORDERED** at Orlando, Florida this __23rd__ day of October, 2007.

*Patricia C. Fawsett*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 10/23
William J. McCorkle
Counsel of Record