UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM J. MCCORKLE,

    Petitioner,

v.                                          CASE NO. 6:06-cv-950-Orl-19GJK
                                                       (6:98-cr-52-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 39, filed Jan. 22, 2008) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this __28th__ day of January, 2008.

Copies to:
pslc 1/28
Counsel of Record
William J. McCorkle

---

[1] Petitioner's Notice of Appeal (Doc. No. 38, filed Jan. 22, 2008) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).